JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO LOPEZ, an individual, | No. 2:23-cv-10333-SPG-MAR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

    On June 18, 2024, the United States served a Rule 68 offer on Plaintiff Armando Lopez's claims against the United States in this action pursuant to the Federal Tort Claims Act. (ECF No. 34). On June 21, 2024, Plaintiff accepted the offer. (*Id.*). On June 21, 2024, the parties filed a Joint Notice of Lodging of Accepted Rule 68 Offer, filing the offer and notice of acceptance on the docket pursuant to Fed. R. Civ. P. 68(a). (*Id.*).

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment in this action is entered in favor of Plaintiff Armando Lopez and against Defendant United States

of America in the amount of $20,000 on all his claims against the United States.

**IT IS SO ORDERED.**

Dated:   July 1, 2024



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE